CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
CASEY BOOME (NYBN 5101845)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov
    Casey.Boome@usdoj.gov

Attorneys for the United States of America

**FILED**

Feb 18 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 26-00071-NW (NC)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:26-cr-00071 NW |
|     Plaintiff, | [~~PROPOSED~~] SEALING ORDER |
|     v. | **UNDER SEAL** |
| (1) SAMANEH GHANDALI, <br> (2) MOHAMMADJAVAD KHOSRAVI, <br>     a/k/a Mohammad Khosravi, and <br> (3) SOROOR GHANDALI, | |
|     Defendants. | |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the Indictment, the arrest warrants, and all attachments in the above-referenced case regarding the Indictment returned on February 18, 2026, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary to comply with

//

[~~PROPOSED~~] SEALING ORDER
[**UNDER SEAL**]                                   1

1  its discovery obligations, and with the Federal Bureau of Investigation.

3        IT IS SO ORDERED.

5  DATED: February 18, 2026

                                            HON. LAUREL BEELER
                                            United States Magistrate Judge